# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CHRISTOPHER LEE WYCKOFF,:**
    **Petitioner,**      :
                             :     No. 1:20-cv-642
**v.**                       :
                             :     (Judge Rambo)
**D.K. WHITE,**          :
    **Respondent**      :

## ORDER

**AND NOW**, on this 17th day of June 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**;

2. Petitioner's motion for default judgment (Doc. No. 18) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                         s/ Sylvia H. Rambo
                                         United States District Judge